DOLOMITE PRODUCTS CO., INC. *v.* KIPERS ET AL., CONSTITUTING TOWN BOARD OF TOWN OF GATES, NEW YORK.

No. 619. Decided December 4, 1967.

*Richard Maguire* for appellant.

*William R. Durland* and *George C. Pendleton* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

BRESOLIN *v.* RHAY, PENITENTIARY SUPERINTENDENT.

No. 4, Misc. Decided December 4, 1967.

*John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed. *Mempa* v. *Rhay, ante,* p. 128.